

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

October 26, 2020

**VIA ECF**
Hon. Judge Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

Re:   Cruz v. Tri-State International, Inc.; Case No. 1:20-cv-05819-AJN

Dear Judge Nathan,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for November 6, 2020 at 3:30 p.m. It is now October 26, 2020, and Defendant has yet to appear. Defendants answer was due August 19, 2020. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, Tri-State International, Inc., and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

In light of the above, the undersigned requests that the November 6th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain said Certificate of Default and present the Court with a Motion for default judgment.

Thank you for your time and consideration of the above request.

SO ORDERED.

*Alison J. Nathan*
10/27/2020

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.